[No. 37180-4-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB M. CLARY, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00449-1, James B. Sawyer II, J., entered December 31, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 37372-6-II.   Division Two.   June 23, 2009.]

*In the Matter of the Marriage of* CHRISTOPHER N. GUDJOHNSEN, *Respondent*, and LOUISE ANN ABRAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-3-00239-9, James E. Rulli, J., entered January 11, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37428-5-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE VALENTINO DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03466-1, Brian M. Tollefson, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37453-6-II.   Division Two.   June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA LYNNE BABBITT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00320-7, Robert L. Harris, J., entered February 5, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.